**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   GROTTO GROUP OF ST. PAUL LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   20-2413259

**4. Debtor's address**

Principal place of business

29 SOUTH DEEP LAKE ROAD
NORTH OAKS, MN 55127
Number, Street, City, State & ZIP Code

Ramsey
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**   _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **GROTTO GROUP OF ST. PAUL LLC** _____  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **GROTTO GROUP OF ST. PAUL LLC**_____   Case number (*if known*)_____
    Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **GROTTO GROUP OF ST. PAUL LLC** _____ Case number (*if known*)_____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **GROTTO GROUP OF ST. PAUL LLC**                                    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 20, 2024**
MM / DD / YYYY

X **/s/ ROSEMARY A. KORTGARD**                         **ROSEMARY A. KORTGARD**
Signature of authorized representative of debtor                    Printed name

Title  **CHIEF MANAGER**

**18. Signature of attorney**

X **/s/ JOHN D. LAMEY III**                              Date  **June 20, 2024**
Signature of attorney for debtor                                         MM / DD / YYYY

**JOHN D. LAMEY III 0312009**
Printed name

**LAMEY LAW FIRM, P.A.**
Firm name

**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**
Number, Street, City, State & ZIP Code

Contact phone  **651.209.3550**            Email address  **JLAMEY@LAMEYLAW.COM**

**0312009 MN**
Bar number and State

14 SPICES
7380 IMPERIAL AVE. S.
COTTAGE GROVE MN 55016

AETERNA
3815 HIAWATHA AVE. #435
MINNEAPOLIS MN 55406

ALLEGRA
PO BOX 725
HUGO MN 55038

AUFDERWORLD
2750 NIAGARA LN. N.
PLYMOUTH MN 55447

BIX PRODUCE COMPANY
3060 CENTERVILLE ROAD
LITTLE CANADA MN 55117

CARISOLO, INC.
PO BOX 180
ROGERS MN 55374

CITY LAUNDERING
PO BOX 622
OELWEIN IA 50662

DRAUGHT TEC
1707 COPE AVE. EAST, STE E
MAPLEWOOD MN 55109

ECOLAB
PO BOX 70343
CHICAGO IL 60673-0343

```
ESPRESSO SERVICES, INC.
1026 CENTRAL AVE NE
MINNEAPOLIS MN 55413


FOURTH ENTERPRISES, LLC
PO BOX 8031
CAROL STREAM IL 60197-8031


GOLDEN MALTED
PO BOX 129
CONCORDVILLE PA 19331


GREAT CIAO, INC.
1201 DUPONT AVE. N.
MINNEAPOLIS MN 55411


INTERMIX BEVERAGE
1026 CENTRAL AVE NE
MINNEAPOLIS MN 55413


MERCHANTS BANK
PO BOX 248
WINONA MN 55987


MINNEHAHA BUILDING MAINTENANCE, INC.
1200 CENTER POINTE CURVE #350
MENDOTA HEIGHTS MN 55120


NUCO2 LLC
PO BOX 417902
BOSTON MA 02241


PAFFYS PEST CONTROL
479HAYWARD AVE. N.
OAKDALE MN 55128
```

PATRICK DORN CONSTRUCTION
19165 81ST PLACE N.
MAPLE GROVE MN 55311


PILLAR BANK
990 MAIN STREET
BALDWIN WI 54002


PLATE IQ
6400 HOLLIS ST. #10
EMERYVILLE CA 94608-1052


RESTAURANT TECHNOLOGIES, INC.
12962 COLLECTION CENTERS DR
CHICAGO IL 60693


SAINTS COMMERCIAL FOOD SERVICE
3243 SNELLING AVE
MINNEAPOLIS MN 55406


SUMMIT FIRE PROTECTION
PO BOX 6205
CAROL STREAM IL 60197-6205


THE FISH GUYS
5320 W 23RD STREET #160
ST. LOUIS PARK MN 55416


TRIO SUPPLY COMPANY
45 NORTHERN STACKS DR STE 100
FRIDLEY MN 55421-2629


US FOODS, INC
NW 6059 PO BOX 1450
MINNEAPOLIS MN 55485

```
US SMALL BUSINESS ADMIN
MINNESOTA DISTRICT OFFICE
330 2ND AVE S STE 430
MINNEAPOLIS MN 55401-2224



US SMALL BUSINESS ADMINISTRATION
2 NORTH STREET STE 320
BIRMINGHAM AL 35203
```